IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATEBORO DIVISION

```
DOROTHY COEN and WILLIAM COEN,   *
                                 *
     Plaintiffs,                 *
                                 *
     v.                          *     CV 618-066
                                 *
ZIMMER BIOMET INC. f/k/a         *
ZIMMER, INC. and ZIMMER BIOMET   *
HOLDINGS, INC. f/k/a ZIMMER      *
HOLDINGS, INC.,                  *
                                 *
     Defendants.                 *
```

## O R D E R

On October 23, 2019, the Court held a telephone conference with the Parties' counsel pursuant to Defendants' request. (Doc. 40.) As stated in the conference, **IT IS HEREBY ORDERED** that the deposition of Dr. Shervin V. Oskouei, noticed by Plaintiffs, is **CONTINUED. IT IS FURTHER ORDERED** that the Parties shall conduct Dr. Oskouei's deposition before **November 28, 2019**, at a time mutually agreeable to Dr. Oskouei, Plaintiffs' counsel, and Defendants' counsel.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA