FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 MAR 26 AM 8:41
CLERK J Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DOROTHY COEN and WILLIAM COEN,<br><br>Plaintiffs,<br><br>v.<br><br>ZIMMER BIOMET INC. f/k/a ZIMMER INC.; and ZIMMER BIOMET HOLDINGS, INC., f/k/a ZIMMER HOLDINGS, INC.,<br><br>Defendants. | CV 618-066 |

# ORDER

Before the Court is the Parties' stipulation of dismissal. (Doc. 53.) Plaintiffs and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 26th day of March, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA